**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-61464-CIV-DAMIAN**

**LAMIN SUSO,**

> Petitioner,

v.

**BROWARD TRANSITIONAL**
**CENTER,** *et al.*,

> Respondents.

_____/

## ORDER GRANTING IFP MOTION

**THIS CAUSE** came before the Court upon Petitioner, Lamin Suso's ("Petitioner"), Motion for Leave to Proceed *In Forma Pauperis* ("IFP") [("Motion") ECF No. 3], filed on May 15, 2026. Petitioner has demonstrated an inability to pay the $5.00 filing fee pursuant to Rule 3(a) of the Rules Governing § 2254 and § 2241 Proceedings in the District Courts.

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion for Leave to Proceed IFP [ECF No. 3] is **GRANTED**. Petitioner may proceed without prepayment of the $5.00 filing fee. Petitioner, however, owes the United States a debt of $5.00 which must be paid to the Clerk of the Court as funds become available. The facility having custody of Petitioner must make payments from Petitioner's account to the Clerk of this Court each time the amount in the account exceeds $10.00 until the full filing fee of $5.00 is paid.

The Clerk of Court is **DIRECTED** to mail and/or provide a copy of this Order to the non-party addresses listed below and shall note the docket that this has been accomplished as ordered.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, on this 18th day of May, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:   **Lamin Suso,** *Pro Se*
A# 240468415
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073

**Warden**
Broward Transitional Center
Attn: Inmate Trust Fund Department
3900 N Powerline Rd,
Pompano Beach, FL 33073

2